IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PHONGSAVANH SAYAVONG,<br>　　　　　　Defendant. | CASE NO. 1:19-CR-00151 DAD-BAM<br><br>ORDER ALLOWING DEFENDANT'S APPEARANCE ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS AD PROSEQUENDUM |

On July 15, 2019, the Honorable Jon Kapetan, Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of People v. Phongsavanh Sayavong, F19903402 may proceed. The defendant's appearance before the state court judge is necessary on July 16, 2019, at 8:30 a.m. for a pre-preliminary hearing. The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action, housed at the Fresno County Jail. His next appearance before the United States District Court is scheduled for October 15, 2019, at 1:00 p.m. for a status conference. It appearing that the defendant's presence is needed for a hearing in the state action, and that the next court appearance in the above-entitled case will be on October 15, 2019,

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office or their designee may produce the defendant in Fresno County Superior court on July 16, 2019, for purposes of his presence at the pre-preliminary hearing, and shall return him to the custody of the United States Marshal Service in the physical custody of Fresno County Jail immediately after the proceeding has concluded on July 16, 2019.

The Court further ORDERS that the Fresno County Sheriff's Office or their designated agents may produce the defendant for future state court proceedings with his return immediately thereafter upon confirmation by the U.S. Marshal Service and the Fresno County Sheriff's Office with an Assistant U.S. Attorney that no state court appearance conflicts with any federal court appearance. Under no circumstances

is the defendant to be released from the physical custody of the Fresno County Jail other than for the court appearances that are the subject of this Order or scheduled Federal Court Appearances, or upon further order from this court.

IT IS SO ORDERED.

Dated: **July 15, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE