McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00151 DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING |
| v. | |
| PHONGSAVANH SAYAVONG, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Carol Moses, attorney for the defendant, that the status conference set for December 9, 2019 at 1:00 pm before the Honorable Barbara A. McAuliffe be vacated and a change of plea hearing be set before the Honorable Dale A. Drozd for January 27, 2020 at 10:00 a.m. The reason for the request is the parties believe the defendant will be prepared to enter a guilty plea on January 27, negating the need for a status conference on December 9. Defense needs the additional time to prepare to enter the plea.

///
///
///
///
///
///
///

Stipulation      1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through January 27, 2020 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: December 5, 2019						Respectfully submitted,

								McGREGOR W. SCOTT
								United States Attorney

						By	/s/ Kimberly A. Sanchez
							KIMBERLY A. SANCHEZ
							Assistant U.S. Attorney

Dated: December 5, 2019					/s/ Carol Moses
							CAROL MOSES
							Attorney for Defendant

## **ORDER**

IT IS SO ORDERED that the 2nd Status Conference currently set for December 9, 2019 be VACATED and a Change of Plea hearing be set for January 27, 2020 at 10:00 AM before District Judge Dale A. Drozd. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **December 5, 2019**			/s/ Barbara A. McAuliffe
							UNITED STATES MAGISTRATE JUDGE

Stipulation

2