**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
PHONGSAVANH SAYAVONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:19-cr-00151-DAD-BAM |
| ) | |
| Plaintiff, ) | REQUEST FOR MODIFICATION OF |
| ) | THE PRETRIAL RELEASE CONDITION |
| ) | OF HOME DETENTION, AND |
| vs. ) | ORDER THEREON |
| ) | |
| ) | |
| PHONGSAVANH SAYAVONG, ) | |
| ) | |
| ) | Judge:  Hon. Barbara A. McAuliffe |
| Defendant. ) | |
| _____) | |

Defendant PHONGSAVANH SAYAVONG, by and through his Attorney of Record, CAROL MOSES, hereby requests a Pretrial Release Modification that allows the temporary relief of the home detention condition of Mr. Sayavong's Pretrial Release Conditions for the date of December 24, 2019 so that Mr. Sayavong may travel to a traditional Christmas Eve family gathering in Fresno. Mr. Sayavong's daughter will not be present at the Christmas Eve gathering. Assistant United States Attorney Kimberly Sanchez is aware of this request and has no objection.

On August 19, 2019, Mr. Sayavong was released from custody with release conditions. He was given a location monitoring ankle device restricting him to Home Detention.

The above mentioned Christmas Eve family gathering will take place at Mr. Sayavong's sister Nancy Sayavong's home, whose address is 1405 North Fine Ave., Fresno, CA 93725 and whose phone number is (559) 801-5736. Mr. Sayavong will arrive at the Christmas Eve family

gathering at or about 6:00 PM on December 24, 2019 and will return to his home no later than

11:00 PM the same day.

All attendees of the above mentioned Christmas Eve family gathering are aware of Mr.

Sayavong's pending cases. All adult attendees confirmed they will be in direct presence of their

minor children at all times during the gathering. There is one computer in the above referenced

home where the gathering will take place which does not have internet service. All adult

attendees verified their cell phones are password protected and Mr. Sayavong will not have access

to their cell phones during the gathering at any point.

Pretrial Services Officer Daryl Walker monitoring Mr. Sayavong in the Eastern District of

California reports that Mr. Sayavong has managed to remain in full compliance with all that has

been asked of him and defers to the Court regarding this modification request.

The proposed modification of the home detention component of the Pretrial Release

Conditions for Mr. Sayavong is FROM:

> HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical; substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO.

TO:

> On December 24, 2019 between the hours of 6:00 PM – 11:00 PM, the home detention condition will be lifted, with the understanding that once the approved time ends, the home detention condition will be reinstated.

///

///

///

///

///

///

///

///

///

All other terms and conditions of Pretrial Release not in conflict with this proposed order will stay in the same force and effect.

Dated: December 19, 2019

/s/*Carol Ann Moses*
CAROL ANN MOSES
Attorney for Defendant
PHONGSAVANH SAYAVONG

## ORDER

The Court accepts the above Proposed Order and adopts its terms as the Order of this Court in case no. 1:19-cr-00151-DAD-BAM. Accordingly, Mr. Sayavong's conditions of Pretrial Release are modified as follows:

1. Conditions of Release for Mr. Sayavong are hereby modified as to the Home Detention component to reflect that Mr. Sayavong will be at his sister Nancy Sayacong's home, whose address is 1405 North Fine Ave., Fresno, CA 93725 and whose phone number is (559) 801-5736 on December 24, 2019 between the hours of 6:00 PM - 11:00 PM and is ordered as follows:

    On December 24, 2019 between the hours of 6:00 PM – 11:00 PM, the home detention condition will be lifted, with the understanding that once the approved time ends, the home detention condition will be reinstated.

2. All other Pretrial Conditions of Release will remain in full force and effect.

IT IS SO ORDERED.

Dated: **December 19, 2019**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

3