**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
PHONGSAVANH SAYAVONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> PHONGSAVANH SAYAVONG, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 1:19-cr-00151-DAD-BAM <br><br> DEFENDANT'S NOTICE TO WITHDRAW PREVIOUS REQUEST FOR MODIFICATION OF THE PRETRIAL RELEASE CONDITION OF HOME DETENTION TO A LESS RESTRICTIVE CONDITION AND TO VACATE HEARING <br><br> Date:   February 27, 2020 <br> Time:  2:00 PM <br> Judge: Hon. Erica P. Grosjean |

**TO THE HONORABLE ERICA P. GROSJEAN, UNITED STATES MAGISTRATE JUDGE AND ASSISTANT UNITED STATES ATTORNEY KIMBERLY SANCHEZ:**

**NOTICE IS HEREBY GIVEN** that Defendant Phongsavanh Sayavong, through his attorney Carol Ann Moses, does hereby move to withdraw his Request for Modification of the Pretrial Release Condition of Home Detention to a less restrictive condition that was filed on February 20, 2020 with this Court.

///

///

///

Counsel for Mr. Sayavong would respectfully request that the Request for Modification of the Pretrial Release Condition of Home Detention to a less restrictive condition be withdrawn and the hearing scheduled for this matter be vacated.

RESPECTFULLY SUBMITTED,

Dated: February 25, 2020  /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
PHONGSAVANH SAYAVONG

**ORDER**

At the request of Defendant Phongsavanh Sayavong through his attorney, Carol Ann Moses, the Motion to Withdraw Request for Modification of the Pretrial Release Condition of Home Detention to a less restrictive condition and to vacate the hearing scheduled for this matter in Case No. 1:19-cr-00151-DAD-BAM is hereby GRANTED.

IT IS SO ORDERED.

Dated: **February 25, 2020**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE