**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
PHONGSAVANH SAYAVONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PHONGSAVANH SAYAVONG,<br><br>　　　　　　　Defendant. | CASE NO. 1:19-cr-00151-DAD-BAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING TO SEPTEMBER 21, 2020; AND ORDER THEREON<br><br>Date:   September 21, 2020<br>Time:  10:00 AM<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the Defendant, PHONGSAVANH SAYAVONG, his attorney of record, CAROL ANN MOSES, and Assistant United States Attorney, KIMBERLY A. SANCHEZ, that Mr. Sayavong's Sentencing Hearing currently scheduled for July 27, 2020 at 9:00 AM be continued to September 21, 2020 at 10:00 AM. It is anticipated Mr. Sayavong will receive a term of imprisonment and he is understandably concerned with the COVID-19 crisis and contracting COVID-19 while in prison. A brief continuance will help alleviate his concerns.

　　　　Assistant United States Attorney Kimberly A. Sanchez is aware of this request and has no objection.

　　　　Mr. Sayavong was charged in a three count indictment with violating 26 U.S.C. § 5681(c) – Receipt of Possession of a Firearm Made in Violation of the NFA, 26 U.S.C. § 5861(d) –

1  Receipt or Possession of an Unregistered Firearm and 26 U.S.C. § 5861(i) – Receipt or
2  Possession of a Firearm Unidentified by Serial Number.
3      The Court held a Detention Hearing on Mr. Sayavong's matter, July 10, 2019. Mr.
4  Sayavong was released from custody with release conditions on August 19, 2019. He was given a
5  location monitoring ankle device placing him on Home Detention and restricting him to his
6  residence. On December 19, 2019, Mr. Sayavong's pretrial conditions of release were modified
7  and a daily curfew beginning at 11:00 PM and ending at 6:00 AM was imposed.
8      Mr. Sayavong pleaded guilty on January 27, 2020 to 26 U.S.C. § 5861(d) – receipt or
9  possession of an unregistered firearm. Mr. Sayavong has complied with all the terms and
10 conditions of his pretrial release.
11     Sentencing is currently scheduled for July 27, 2020.
12     Mr. Sayavong respectfully requests the opportunity to continue his Sentencing Hearing
13 from July 27, 2020 to September 21, 2020 in hopes to reduce his chances of contracting COVID-
14 19 while in prison. The close quarters, lack of opportunity for social distancing and lack of proper
15 sanitization in prison would increase his chances of contracting COVID-19 tremendously. Mr.
16 Sayavong will continue to work at his family restaurant, Thai Phuket, and will not have access to
17 the internet or any other conditions that were deemed prohibited at any point during the pendency
18 of this case.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  Mr. Sayavong respectfully requests that the Sentencing Hearing currently scheduled for July 27, 2020 at 10:00 AM be continued to September 21, 2020 at 10:00 AM so that Mr. Sayavong's chances of contracting COVID-19 while in prison remain as low as possible.

Dated: July 2, 2020                                /s/*Carol Ann Moses*
                                                   CAROL ANN MOSES
                                                   Attorney for Defendant
                                                   PHONGSAVANH SAYAVONG

Dated: July 2, 2020                                /s/*Kimberly A. Sanchez*
                                                   KIMBERLY A. SANCHEZ
                                                   Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, the above request that the Sentencing Hearing as to Defendant PHONGSAVANH SAYAVONG be continued from July 27, 2020 to September 21, 2020 at 10:00 AM, Courtroom 5 is hereby granted.

IT IS SO ORDERED.

Dated:   **July 2, 2020**                          _____
                                                   UNITED STATES DISTRICT JUDGE