**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
PHONGSAVANH SAYAVONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:19-cr-00151-DAD-BAM |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE DEFENDANT SAYAVONG'S SENTENCING HEARING TO JANUARY 25, 2021; AND ORDER THEREON |
| ) | |
| vs. ) | |
| ) | |
| PHONGSAVANH SAYAVONG, ) | Date:   January 25, 2021 |
| ) | Time:   10:00 AM |
| ) | Judge: Hon. Dale A. Drozd |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the Defendant, PHONGSAVANH SAYAVONG, his attorney of record, CAROL ANN MOSES, and Assistant United States Attorney, KIMBERLY A. SANCHEZ, that Mr. Sayavong's Sentencing Hearing currently scheduled for November 10, 2020 at 9:00 AM be continued to January 25, 2021 at 10:00 AM. It is anticipated Mr. Sayavong will receive a term of imprisonment and he is understandably concerned with the COVID-19 crisis and contracting COVID-19 while in prison. A continuance will help alleviate his concerns.

Assistant United States Attorney Kimberly A. Sanchez is aware of this request and has no objection.

Mr. Sayavong was charged in a three count indictment with violating 26 U.S.C. § 5681(c) – Receipt of Possession of a Firearm Made in Violation of the NFA, 26 U.S.C. § 5861(d) –

Receipt or Possession of an Unregistered Firearm and 26 U.S.C. § 5861(i) – Receipt or Possession of a Firearm Unidentified by Serial Number.

The Court held a Detention Hearing on Mr. Sayavong's matter, July 10, 2019. Mr. Sayavong was released from custody with release conditions on August 19, 2019. He was given a location monitoring ankle device placing him on Home Detention and restricting him to his residence. On December 19, 2019, Mr. Sayavong's pretrial conditions of release were modified and a daily curfew beginning at 11:00 PM and ending at 6:00 AM was imposed.

Mr. Sayavong pleaded guilty on January 27, 2020 to 26 U.S.C. § 5861(d) – receipt or possession of an unregistered firearm.

To date, Mr. Sayavong has been in complete compliance with the terms, conditions and requirements imposed by his Pretrial Services Officer.

Sentencing is currently scheduled for November 10, 2020.

Mr. Sayavong respectfully requests the Court grant a continuance of his Sentencing Hearing from November 10, 2020 to January 25, 2021 in hopes to reduce his chances of contracting COVID-19 while in prison. The close quarters, lack of opportunity for social distancing and lack of proper sanitization in prison would increase his chances of contracting COVID-19 tremendously. Mr. Sayavong will continue to work at his family restaurant, Thai Phuket, and will not have access to the internet or any other conditions that were deemed prohibited at any point during the pendency of this case.

///
///
///
///
///
///
///
///
///

Mr. Sayavong respectfully requests that the Sentencing Hearing currently scheduled for November 10, 2020 at 9:00 AM be continued to January 25, 2021 at 10:00 AM so that Mr. Sayavong's chances of contracting COVID-19 while in prison remain as low as possible.

Dated: October 21, 2020                    /s/*Carol Ann Moses*
                                                      CAROL ANN MOSES
                                                      Attorney for Defendant
                                                      PHONGSAVANH SAYAVONG

Dated: October 21, 2020                    /s/*Kimberly A. Sanchez*
                                                      KIMBERLY A. SANCHEZ
                                                      Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, the above request that the Sentencing Hearing as to Defendant PHONGSAVANH SAYAVONG be continued from November 10, 2020 at 9:00 AM to January 25, 2021 at 10:00 AM.

IT IS SO ORDERED.

Dated:   **October 21, 2020**                    _____
                                                     UNITED STATES DISTRICT JUDGE