| | |
|---|---|
| 1 | **CAROL ANN MOSES  #164193** |
|   | Attorney at Law |
| 2 | 7636 N. Ingram Ave., #104 |
|   | Fresno, California  93711 |
| 3 | Telephone:  (559) 449-9069 |
|   | Facsimile:    (559) 513-8530 |
| 4 | carol@yosemitelawyer.com |
| 5 | |
|   | Attorney for Defendant, |
| 6 | PHONGSAVANH SAYAVONG |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-00151-DAD-BAM |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR MODIFICATION OF |
| | ) | THE PRETRIAL RELEASE CONDITION |
| | ) | OF HOME DETENTION, AND |
| vs. | ) | ORDER THEREON |
| | ) | |
| | ) | |
| PHONGSAVANH SAYAVONG, | ) | |
| | ) | |
| | ) | Judge: Hon. Erica P. Grosjean |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the Defendant, PHONGSAVANH SAYAVONG, his attorney of record, CAROL ANN MOSES, and Assistant United States Attorney, KIMBERLY SANCHEZ, that a Pretrial Release Modification allowing temporary relief of Mr. Sayavong's home detention condition be granted. Mr. Sayavong respectfully requests to be present with his girlfriend for their son's birth by caesarean section. Mr. Sayavong will leave his residence at 7:00 AM and arrive at the hospital at or about 7:30 AM on May 24, 2021. He will spend the evening at the hospital until May 25, 2021 at 2:00 PM when he begins his work shift. He will return to the hospital on May 26, 2021 to assist with the baby until his work shift begins that day. Mr. Sayavong's girlfriend is expected to be released from the hospital on the evening of May 26, 2021 or the morning of May 27, 2021.

///

PROPOSED ORDER FOR MODIFICATION OF PRETRIAL
RELEASE CONDITION OF HOME DETENTION                                                                                      1

The above mentioned medical procedure will take place at Clovis Community Hospital located at 2755 Herndon Ave., Clovis, CA 93611.

Mr. Sayavong is to check in with Pretrial Services from his home daily. John Rodriguez at Bail Hotline Bail Bonds, the bail company monitoring Mr. Sayavong by GPS, will contact Pretrial Services daily regarding Mr. Sayavong's location.

Assistant United States Attorney Kimberly Sanchez is aware of this request and has no objection.

The Court held a Detention Hearing on Mr. Sayavong's matter on July 10, 2019. Mr. Sayavong was released from custody with release conditions on August 19, 2019. He was given a location monitoring ankle device placing him on home detention and restricting him to his residence.

Mr. Sayavong pleaded guilty on January 27, 2020 to 26 U.S.C. § 5861(d) – receipt or possession of an unregistered firearm. He was sentenced to 21 months of incarceration on April 26, 2021 and remains on the same terms and conditions of pretrial release pending his surrender to Terminal Island on August 11, 2021.

Mr. Sayavong's girlfriend, Robyn Rosenthal, is aware of Mr. Sayavong's pending cases. She has verified her cell phone is password protected and Mr. Sayavong will not have access to her cell phone during or after the procedure at any point.

Pretrial Services Officers Ryan Garcia and Frank Guerrero monitoring Mr. Sayavong in the Eastern District of California report that Mr. Sayavong has remained in full compliance with all that has been asked of him and are in agreement with this request.

The proposed modification of the Pretrial Release Condition of home detention for Mr. Sayavong is FROM:

> HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical; substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO.

TO:

      Home detention will be temporarily lifted so Mr. Sayavong can be present for his son's birth at Clovis Community Hospital, located at 2755 Herndon Ave., Clovis, CA 93611 with the understanding that once the approved time ends, the home detention condition will be reinstated. Home detention will be lifted at 7:00 AM on May 24, 2021 to be reinstated May 26, 2021 at the end of his work shift. Mr. Sayavong is to check in with Pretrial Services from his home daily. John Rodriguez at Bail Hotline Bail Bonds, the bail company monitoring Mr. Sayavong by GPS, will contact Pretrial Services daily regarding Mr. Sayavong's location.

      All other terms and conditions of Pretrial Release not in conflict with this proposed order will stay in the same force and effect.

Dated: May 13, 2021                                          /s/*Carol Ann Moses*
                                                                     CAROL ANN MOSES
                                                                     Attorney for Defendant
                                                                     PHONGSAVANH SAYAVONG

Dated: May 13, 2021                                          /s/*Kimberly Sanchez*
                                                                     KIMBERLY SANCHEZ
                                                                     Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, the above request that the Pretrial Release Condition of home detention as to Defendant PHONGSAVANH SAYAVONG in Case No. 1:19-cr-00151-DAD-BAM be modified is hereby granted. Mr. Sayavong will leave his residence at 7:00 AM and arrive at the hospital at or about 7:30 AM on May 24, 2021. He will spend the evening at the hospital until May 25, 2021 at 2:00 PM when he begins his work shift. He will return to the hospital on May 26, 2021 to assist with the baby until his work shift begins that day. Accordingly, Mr. Sayavong's Pretrial Release Condition of home detention is modified as follows:

1. Home detention will be temporarily lifted so Mr. Sayavong can be present for his son's birth at Clovis Community Hospital, located at 2755 Herndon Ave., Clovis, CA 93611 with the understanding that once the approved time ends, the home detention condition will be reinstated. Home detention will be lifted at 7:00 AM on May 24, 2021 to be reinstated May 26, 2021 at the end of his work shift. Mr. Sayavong is to check in with Pretrial Services from his home daily. John Rodriguez at Bail Hotline Bail Bonds, the bail company monitoring Mr. Sayavong by GPS, will contact Pretrial Services daily regarding Mr. Sayavong's location.

2. All other Pretrial Conditions of Release will remain in full force and effect.

IT IS SO ORDERED.

Dated: **May 13, 2021**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE