**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
PHONGSAVANH SAYAVONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:19-cr-00151-DAD-BAM |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | DEFENDANT SAYAVONG'S |
| ) | SELF-SURRNDER DATE AND |
| vs. ) | ORDER THEREON |
| ) | |
| ) | Date:  November 1, 2021 (Proposed) |
| PHONGSAVANH SAYAVONG, ) | Time:  2:00 PM |
| ) | Judge: Hon. Dale A. Drozd |
| ) | |
| Defendant. ) | |
| _____) | |

**IT IS HEREBY STIPULATED** by and between the Defendant, PHONGSAVANH SAYAVONG, his attorney of record, CAROL ANN MOSES, and Assistant United States Attorney, KIMBERLY A. SANCHEZ, that Mr. Sayavong's Self-Surrender Date currently scheduled for August 11, 2021 at 2:00 PM be continued to November 1, 2021 at 2:00 PM.

Mr. Sayavong pleaded guilty on January 27, 2020 to Count 2 of the Indictment: 26 U.S.C. § 5861(d) – receipt or possession of an unregistered firearm. Mr. Sayavong was sentenced to a 21 month term of imprisonment by the Honorable Dale A. Drozd on April 26, 2021 and was ordered to self-surrender to the custody of the United States Marshals Service by 2:00 PM on August 11, 2021.

Mr. Sayavong has an open Superior Court case in Fresno County with a Preliminary Hearing scheduled for October 21, 2021. The Case Number in the Superior Court matter is

1  F19903402. The Preliminary Hearing was originally scheduled for July 15, 2021, but was
2  rescheduled due to lack of available courtrooms. Mr. Sayavong's attorney for the Superior Court
3  case, Ralph Torres, whose phone number is (559) 352-9010, believes it important for Mr.
4  Sayavong to be personally present and out of custody for the Preliminary Hearing, if at all
5  possible.
6      Assistant United States Attorney Kimberly A. Sanchez is aware of the request to continue
7  Mr. Sayavong's Self-Surrender Date and has no objection at this time. Her position is that should
8  there be an additional request for a further continuance, she would object to moving Mr.
9  Sayavong's Self-Surrender Date again.
10      AUSA Sanchez contacted the United States Probation Office and the Probation Office
11  takes no position on the extended Report Date.
12      Pretrial Services Officer Frank Guerrero monitoring Mr. Sayavong in the Eastern District
13  of California concurs with AUSA Sanchez in that he has no objection to this request, but any
14  future request for a continuance would be cause for an objection.
15      Mr. Sayavong will continue to work at his family restaurant, Thai Phuket, and will not
16  have access to the internet or any other conditions that were deemed prohibited at any point
17  during the pendency of this case.
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Mr. Sayavong respectfully requests the Court grant a continuance of his Self-Surrender Date from August 11, 2021 at 2:00 PM to November 1, 2021 at 2:00 PM in order for him to be personally present and out of custody for the Preliminary Hearing in the Fresno County Superior Court on October 21, 2021 in Case Number F19903402.

Dated: July 26, 2021                         /s/*Carol Ann Moses*
                                             CAROL ANN MOSES
                                             Attorney for Defendant
                                             PHONGSAVANH SAYAVONG

Dated: July 26, 2021                         /s/*Kimberly A. Sanchez*
                                             KIMBERLY A. SANCHEZ
                                             Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING, the above request that the Self-Surrender Date as to Defendant PHONGSAVANH SAYAVONG in Case No. 1:19-cr-00151-DAD-BAM be continued from August 11, 2021 at 2:00 PM to November 3, 2021 at 2:00 PM is hereby granted.

IT IS SO ORDERED.

Dated:   **July 26, 2021**                   _____
                                             UNITED STATES DISTRICT JUDGE