**CAROL ANN MOSES #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California 93711
Telephone: (559) 449-9069
Facsimile: (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
PHONGSAVANH SAYAVONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-00151-DAD-BAM |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR DEFENDANT |
| | ) | SAYAVONG'S CHANGE OF ADDRESS; |
| | ) | AND ORDER THEREON |
| vs. | ) | |
| | ) | |
| | ) | |
| PHONGSAVANH SAYAVONG, | ) | Date: |
| | ) | Time: |
| | ) | Judge: Hon. Dale A. Drozd |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the Defendant, PHONGSAVANH SAYAVONG, his attorney of record, CAROL ANN MOSES, and Assistant United States Attorney, KIMBERLY A. SANCHEZ, that Mr. Sayavong be allowed to move to a new residence located across the street from his family restaurant, Thai Phuket, where he is gainfully employed. Mr. Sayavong lives with his newborn child and girlfriend and wishes for them to be nearby while he is working and close to family when he enters into custody. Mr. Sayavong's proposed new address is 1906 N. First Street, Fresno, CA 93703.

Assistant United States Attorney Kimberly A. Sanchez is aware of this request and has no objection.

Mr. Sayavong pleaded guilty on January 27, 2020 to Count 2 of the Indictment: 26 U.S.C. § 5861(d) – receipt or possession of an unregistered firearm. Mr. Sayavong was sentenced to a 21

month term of imprisonment by the Honorable Dale A. Drozd on April 26, 2021 and was ordered to self-surrender to the custody of the United States Marshals Service by 2:00 PM on November 3, 2021.

Pretrial Services Officer Frank Guerrero monitoring Mr. Sayavong in the Eastern District of California has no objection to Mr. Sayavong's request to change residences and approves of Mr. Sayavong's proposed new address.

Mr. Sayavong will continue to work at his family restaurant, Thai Phuket, and will not have access to the internet or any other conditions that were deemed prohibited at any point during the pendency of this case.

Mr. Sayavong respectfully requests the Court allow him to move to a new residence, where the address is 1906 N. First Street, Fresno, CA 93703. He submits this request so he may be closer to his family restaurant, Thai Phuket, where he is gainfully employed and so his newborn child and girlfriend can be nearby while he is working and close to family when he enters into custody.

Dated: August 11, 2021                    /s/*Carol Ann Moses*
                                          CAROL ANN MOSES
                                          Attorney for Defendant
                                          PHONGSAVANH SAYAVONG

Dated: August 11, 2021                    /s/*Kimberly A. Sanchez*
                                          KIMBERLY A. SANCHEZ
                                          Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, the above request for a change of address as to Defendant Phongsavanh Sayavong to 1906 N. First Street, Fresno, CA 93703 in Case No. 1:19-cr-00151-DAD-BAM is hereby granted.

IT IS SO ORDERED.

Dated: **August 11, 2021**                _____
                                          UNITED STATES DISTRICT JUDGE

2